UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

PRITCHARD-GORDON TANKERS, INC.,

        Plaintiff,

-v-                                      No. 08 Civ. 10335 (LTS)

CONTINENTAL FUELS, INC.,

        Defendant.                   <u>ORDER</u>

-------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 10 2009


        The conference currently scheduled for Thursday, June 18, at 4:30 p.m. is hereby adjourned and rescheduled for **Wednesday, July 1, at 4:00 p.m.**

SO ORDERED.

Dated: New York, New York
       June 10, 2009

                                                          LAURA TAYLOR SWAIN
                                                          United States District Judge